UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Bulk Trading S.A.
v.
Capex Europe S.A.M. +
Capex Industries Limited

CA No. 2:10-cv-00297-LMA-KWR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB -3 PM 2:01

LORETTA G. WHYTE
CLERK

### SPECIAL APPEARANCE PURSUANT TO RULE E(8)

NOW COMES, ~~non~~ party, Capex Industries Ltd. which asserting an interest in the attached petroleum coke located at United Bulk Terminal, pursuant to Supplemental Admiralty Rule E(8) makes a special appearance solely for the purpose of seeking an order vacating the attachment herein, and for no other purposes.

Respectfully Submitted:

DARNELL BLUDWORTH, #100801 T.A.
JOSHUA S. FORCE, #21975
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., Twenty-Eighth Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR CAPEX INDUSTRIES LTD.**

___ Fee ___
___ Process ___
x _ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by email, and by depositing same in the United States Mail, properly addressed and postage prepaid, this 3 day of February, 2010.

_____
DARNELL BLUDWORTH